Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
(510) 785-8400 (phone)
(510) 670-0995 (fax)
camellia@btbandb.com


Attorneys for Defendant Edwinna Firmeza


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR 12-00449-1 YGR |
| Plaintiff, | MODIFIED STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING FROM NOVEMBER 29, 2012 TO ~~FEBRUARY 7, 2013~~ MARCH 14, 2013 |
| v. | |
| EDWINNA FIRMEZA, | Date:   November 29, 2012 |
| Defendant. | Time:  2:00 p.m. |
| _____/ | Court:  Hon. Yvonne Gonzalez Rogers |

The above-captioned matter is set on November 29, 2012 at 2:00 p.m. before the Hon.

Yvonne Gonzalez Rogers for sentencing.  The parties request that the Court vacate this date and

reset the matter for sentencing on ~~February 7, 2013~~ March 14, 2013.

The reason for this request is that the defense is in the process of investigating issues

surrounding restitution in this matter.  Ms. Firmeza pled guilty to a charge of bank fraud relating

to the misrepresentation of income on loan applications.  Two houses were purchased after the

loans were funded.  On November 13, 2012, the US Attorney received documentation supporting

the actual loss to the bank with respect to one property.  This documentation was immediately

turned over to the defense and is currently being reviewed.  No documentation has been produced

with regard to the second property and discovery is ongoing.

The parties, including Probation, agree that restitution issues should be resolved, to the

extent possible, prior to sentencing and therefore agree to the proposed continuance.  Because

Probation is unavailable in January, the parties have requested a sentencing date in ~~February.~~ March.

SO STIPULATED.

Dated: November 14, 2012                          _____/S/_____
                                                                        Keslie Stewart
                                                                        Assistant United States Attorney

Dated: November 14, 2012                          _____/S/_____
                                                                        Camellia Baray
                                                                        Attorney for Ms. Firmeza

For good cause shown, the sentencing hearing set for November 29, 2012 is continued to March 14, 2013 at 2:00 p.m. ~~February 7, 2012 at 2:00 p.m.~~

IT IS SO ORDERED.

DATED:   November 26 ,2012

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge